Signature: /V K M

Print: Natalya Kim

Date: 1.17.23

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELLEN REICHE,<br><br>　　　　Defendant. | No. CR20-215-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT |

This matter has come before the Court on Ellen Reiche's unopposed motion for the return of her passport. The Court has considered the motion and records in this case.

IT IS NOW ORDERED that the motion is GRANTED. The Clerk's Office shall make Ms. Reiche's passport available to her for pick up.

DATED this 10th day of January 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jesse Cantor
Assistant Federal Public Defender
Attorney for Ellen Reiche

ORDER FOR RETURN OF PASSPORT- 1
(*United States v. Reiche*, CR20-215-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100